# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JOHN OMOILE
Plaintiff

v.

GODWIN EMEFIELE ET. AL
Defendant

3:21-CV-01657
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

John Omoile

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None other than the parties to this lawsuit

| | |
|---|---|
| Date: | 07/20/2021 |
| Signature: | /s/: Kenneth Onyenah |
| Print Name: | Kenneth Onyenah |
| Bar Number: | 24007779 |
| Address: | 8585 N. Stemmons Frwy, #M25 |
| City, State, Zip: | Dallas, Texas 75247 |
| Telephone: | 214 631-3889 |
| Fax: | 214 631-0816 |
| E-Mail: | kennethonyenahlaw@yahoo.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons