IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN OMOILE § | |
| § | |
| Plaintiff § | |
| § | CAUSE NO. 3:21-cv-01657-X |
| VS. § | |
| § | |
| § | |
| GODWIN EMEFIELE, IN HIS § | |
| INDIVIDUAL AND OFFICAL § | JURY DEMANDED |
| CAPACITY AS THE GOVERNOR OF § | |
| THE CENTRAL BANK OF NIGERIA, § | |
| MARGARET EMEFIELE, § | |
| ZENITH BANK, AND DUMIES § | |
| INVESTMENT LIMITED § | |
| § | |
| Defendants | |

## NOTICE OF NONSUIT

This Notice of Nonsuit is brought by JOHN OMOILE. In support, JOHN OMOILE I shows:

JOHN OMOILE no longer desires to prosecute this suit against all the Defendants, and none of the Defendants have pleading on file seeking affirmative relief from JOHN OMOILE.

Respectfully submitted,

Kenneth Onyenah & Associates
8585 N. Stemmons Frwy Suite M-25
Dallas, Texas 75247
Tel: 214 631-3889
Fax: 214 631-0816

By:_____
Kenneth Onyenah
State Bar No. 24007779
kennethonyenahlaw@yahoo.com
Attorney for JOHN OMOILE

1

## Certificate of Service

I certify that a true copy of this Notice of Nonsuit was served in accordance with the Federal Rules of Civil Procedure on the following on August 11, 2021

_____
Kenneth Onyenah
Attorney for JOHN OMOILE